**Order filed March 12, 2015**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-14-00807-CV

————————

**THE PETROLEUM WORKERS UNION OF THE REPUBLIC OF MEXICO, Appellant**

**V.**

**JAMES GOMEZ, AS RECEIVER FOR ARRIBA LIMITED, Appellee**

**&**

————————

## NO. 14-14-00834-CV

————————

**INTERVENOR CARLOS RYERSON, Appellant**

**V.**

**THE PETROLEUM WORKERS UNION OF THE REPUBLIC OF MEXICO, Appellee**

On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 1985-35446-AC

## ORDER

The parties to these appeals filed an agreed motion to adopt briefing deadlines. The motion is granted. Accordingly, we order the following:

- Appellants' briefs shall be due May 27, 2015;

- Appellees' briefs shall be due August 25, 2015; and

- Reply briefs shall be due October 9, 2015.


PER CURIAM